# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MALLIE JAMIESON SECKINGER, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-16 |
| v. | |
| I.C. SYSTEM, INC., | |
| Defendant. | |

## **O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 24, 2019 Report and Recommendation, (doc. 22), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation that John Erickson be **DISMISSED** from the case. The Court further **DIRECTS** the Clerk of Court to update the docket accordingly.

**SO ORDERED**, this 31st day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA