# United States District Court
## Southern District of Georgia

MALLIE JAMIESON SECKINGER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-16

I.C SYSTEM, INC.,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated March 30, 2020, granting Defendant's Motion for summary judgment and denying as moot Plaintiff's motion for partial summary judgment, judgment is hereby entered in favor of Defendant I.C. Systems, Inc. and against Plaintiff Mallie Seckinger. This case stands closed.

Approved by: _____

March 31, 2020 | Scott L. Poff
*Date* | *Clerk*

_____
*(By) Deputy Clerk*